# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff(s), ) <br> vs. ) <br> Sidney J. Garcia, ) <br> Defendant(s). ) | NO. CR 06-00194-FRZ-GEE <br><br> ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Petition to Revoke Supervised Release. [Doc 121]

On May 23, 2011, Magistrate Judge Glenda E. Edmonds conducted a hearing and on July 13, 2011 [Doc 134] issued her Report and Recommendation. A copy was sent to all parties. Objections to the Report and Recommendation was filed by Defendant on August 15, 2011. [Doc 137] On August 31, 2011, the Government filed its Response to Defendant's objections. [Doc 142]

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Edmond's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

/////

1    IT IS FURTHER ORDERED that Defendant's Objections to the Report and
2 Recommendation are denied.
3    IT IS FURTHER ORDERED that this Court finds that the Defendant has violated
4 his conditions of supervised release as set forth in the Petition. [Doc 121]
5    IT IS FURTHER ORDERED that the Final Disposition hearing presently set for
6 September 15, 2011 at 9:30 a.m. is affirmed.
7    DATED this 2nd day of September, 2011.

Frank R. Zapata
Senior United States District Judge